```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 06086
    DANIEL N KOSTANSKI
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0038

----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 02/22/2005 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/11/2007.
----------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------
 NATIONAL CITY MORTGAGE    CURRENT MORTG         .00            .00             .00
 NATIONAL CITY MORTGAGE    MORTGAGE ARRE    13969.95            .00        13969.95
 CHICAGO MUNICIPAL EMPLOY  UNSEC W/INTER   NOT FILED            .00             .00
 DISCOVER FINANCIAL SERVI  UNSEC W/INTER     2611.77         268.37         2611.77
 DISCOVER CARD             UNSEC W/INTER   NOT FILED            .00             .00
 FIRST NATIONAL BANK       UNSEC W/INTER     3432.70         352.88         3432.70
 ECAST SETTLEMENT CORP     UNSEC W/INTER     5480.09         527.01         5480.09
 SHERMAN ACQUISITION       UNSEC W/INTER     2415.00         248.31         2415.00
 SEARS PAYMENT CENTER      NOTICE ONLY     NOT FILED            .00             .00
 CITIBANK                  UNSEC W/INTER      483.25          44.84          483.25
 JOSEPH WROBEL             DEBTOR ATTY       2,194.00                       2,194.00
 TOM VAUGHN                TRUSTEE                                          1,991.35
 DEBTOR REFUND             REFUND                                           1,993.40

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
 TRUSTEE             36,012.92

 PRIORITY                                          .00
 SECURED                                     13,969.95
 UNSECURED                                   14,422.81
    INTEREST                                  1,441.41
 ADMINISTRATIVE                               2,194.00
 TRUSTEE COMPENSATION                         1,991.35
 DEBTOR REFUND                                1,993.40
                               ---------------         ---------------
 TOTALS              36,012.92               36,012.92
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 06086 DANIEL N KOSTANSKI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |